# United States District Court
## For The Western District of North Carolina
## Charlotte Division

United States of America,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

vs.                                                         3:09-cv-343-RJC

Gordon Lee Miller,

    Defendant.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 28, 2010 Order.

                            Signed: January 28, 2010

                            Frank G. Johns, Clerk
                            United States District Court